185 So. 920

**Charley COTTON v. STATE.**

6 Div. 332.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

180 So. 897

**Sidney COTTON v. STATE.**

4 Div. 364.

Court of Appeals of Alabama.
April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

179 So. 926

**Ollie COUNTS v. STATE.**

8 Div. 690.

Court of Appeals of Alabama.
Feb. 8, 1938.

SAMFORD, Judge.
Affirmed.

186 So. 917

**Ollie COUNTS v. STATE.**

8 Div. 777.

Court of Appeals of Alabama.
Feb. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

188 So. 923

**George COURSEY v. STATE.**

4 Div. 475.

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

189 So. 919

**John Bird COVIN v. STATE.**

6 Div. 419.

Court of Appeals of Alabama.
April 27, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.